for the First National Bank of Chicago, respondent in No. 789.

No. 775. GENERAL STEEL CASTINGS CORP. ET AL. *v.* KROESE. C. A. 3d Cir. Certiorari denied. MR. JUSTICE MINTON took no part in the consideration or decision of this application. *Robert P. Patterson* and *William Clarke Mason* for petitioners. *Morris L. Forer* for respondent.

No. 778. MADSEN *v.* JOHNSON, SECRETARY OF DEFENSE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Dayton M. Harrington* and *Joseph S. Robinson* for petitioner. *Solicitor General Perlman* for respondents.

No. 780. DRURY *v.* HURLEY ET AL., CIVIL SERVICE COMMISSIONERS OF CHICAGO; and
No. 781. CONNELLY *v.* HURLEY ET AL., CIVIL SERVICE COMMISSIONERS OF CHICAGO. Appellate Court for the First District of Illinois. Certiorari denied. *Ode L. Rankin* for petitioners. *L. Louis Karton* and *Sydney R. Drebin* for respondents.

No. 788. EICHENLAUB *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *George G. Shiya* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Israel Convisser* for the United States.

No. 802. MEYERS *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia

Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Stanley Suydam* and *John O. Dahlgren* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Philip R. Monahan* for respondents.

No. 48, Misc. McCLANNAHAN *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. Petitioner *pro se. Stephen J. Roth,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.

No. 190, Misc. MELANSON *v.* MASSACHUSETTS;
No. 192, Misc. BLONDIN *v.* MASSACHUSETTS; and
No. 194, Misc. MORIN *v.* MASSACHUSETTS. Superior Court of Berkshire County, Massachusetts. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petitions should be granted. *William S. Kenney* for petitioners. *Francis E. Kelly,* Attorney General of Massachusetts, and *Henry P. Fielding,* Assistant Attorney General, for respondent.

No. 191, Misc. MELANSON *v.* MASSACHUSETTS;
No. 193, Misc. BLONDIN *v.* MASSACHUSETTS; and
No. 195, Misc. MORIN *v.* MASSACHUSETTS. Supreme Judicial Court of Suffolk County, Massachusetts. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petitions should be granted. *William S. Kenney* for petitioners. *Francis E. Kelly,* Attorney General of Massachusetts, and *Henry P. Fielding,* Assistant Attorney General, for respondent.